IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )      8:10CR250
                              )
      v.                      )
                              )
KYLAN WAYNE DALE,             )      ORDER
                              )
           Defendant.         )
_____)
```

This matter was before the Court on January 28, 2015, on the petition for warrant or summons for offender under supervision (Filing No. 77). The United States was represented by Douglas R. Semisch. The defendant appeared in person and was represented by Assistant Public Defender Karen M. Shanahan.

The defendant admitted the sole allegation in the petition. The Court found the defendant to be in violation of the terms of his supervised release and proceeded to disposition of the matter.

IT IS ORDERED:

1) The defendant's supervised release is revoked.

2) The defendant is committed to the custody of the Bureau of Prisons for a term of twelve (12) months, with no term of supervised release to follow.

      3) The defendant shall be given credit for time served from the time of his arrest to date.

      DATED this 28th day of January, 2015.

                      BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____

-3-